■ WALTER KAENZIG, Respondent, v. GERSHEN KAVKEWITZ, Appellant.— In an action to recover damages for injuries to person and property, resulting from the collision of two motor vehicles at an intersection, the defendant appeals from a judgment of the Supreme Court, Queens County, entered February 8, 1960, after trial, upon a jury's verdict in favor of plaintiff. Judgment affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ ADELE LEOGRANDE, as Administratrix of the Estate of FRANK LEOGRANDE, Deceased, Respondent, v. LONG ISLAND LIGHTING COMPANY, Appellant.— In an action to recover damages for wrongful death and conscious pain and suffering, defendant appeals from an order of the Supreme Court, Nassau County, dated May 10, 1960, granting a preference in trial, pursuant to rule 151 of the Rules of Civil Practice. Order reversed, without costs, and motion denied. In our opinion, the showing of indigence or pressing need is insufficient to warrant the exercise of discretion in granting the preference. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ KATHRYN REALE et al., Respondents, v. VIOLET POOTON, Appellant.— In an action to recover damages for personal injuries and loss of services, the defendant appeals from an order of the County Court, Westchester County, entered April 29, 1960, which granted plaintiffs' motion for summary judgment and for an assessment of damages. It appears that the defendant fell upon plaintiff Kathryn Reale while the latter was seated at a table. Order reversed, with $10 costs and disbursements, and motion denied. Notwithstanding the fact that no affidavit by the defendant personally was submitted in opposition to the motion, the record presents issues for a trier of the facts to determine as to: (1) whether under all the circumstances defendant's conduct constituted negligence, and (2) whether under all the circumstances there was contributory negligence on the part of the injured person. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JEROME ROUNDS, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Respondent. OLYMPIA TRANSPORTATION COMPANY, Third-Party Defendant-Appellant.— In an action to recover damages for personal injuries, in which defendant served a third-party complaint for indemnity over, the third-party defendant appeals from an order of the Supreme Court, Nassau County, dated October 9, 1959, denying its motion to dismiss said third-party complaint for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ ETHEL SCHEUPLEIN et al., Appellants, v. RAYMOND P. JOHNSON et al., Respondents.— In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Kings County, entered August 3, 1960, denying their motion for summary judgment. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.